```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


DE'VERON J. RATLIFF, aka        ) Case No. ED CV 07-627-RSWL(RC)
DEVERON JACQUES RATLIFF, aka    )
CHRISTOPHER HOOPER, aka         )
DEVERON RATTLIFF,               )
                                )
         Petitioner,            )
                                ) JUDGMENT
vs.                             )
                                )
TONY HEDGEPETH, WARDEN,         )
                                )
         Respondent.            )
_____)
```

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: May 4, 2010

*RONALD S.W. LEW*

RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\07-0627.jud
12/18/09